■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS L. JEFFREY , Appellant. (Appeal No. 2.) [661 NYS2d 574] —Judgment unanimously affirmed. Same Memorandum as in *People v Jeffrey* (239 AD2d 953 [decided herewith]). (Appeal from Judgment of Niagara County Court, Fricano, J.— Attempted Criminal Possession Stolen Property, 3rd Degree.) Present—Denman, P. J., Green, Doerr, Balio and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DENNIS L. JEFFREY, Appellant. (Appeal No. 3.) [661 NYS2d 574] —Judgment unanimously affirmed. Same Memorandum as in *People v Jeffrey* (239 AD2d 953 [decided herewith]). (Appeal from Judgment of Niagara County Court, Fricano, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Denman, P. J., Green, Doerr, Balio and Fallon, JJ.